

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION #_ O-4990_____ WAS NEVER ISSUED OR

WAS WITHDRAWN.